CHARLES H. MORRIS and Others, Respondents, v. DAVID A. SCHULTE and Others Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

CHARLES H. MORRIS and Others, Respondents, v. DAVID A. SCHULTE and Others, Defendants, Impleaded with CHARLES A. WHELAN and WILLIAM T. POSEY, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BURNS BROS., Respondent, v. WILLIAM T. PAYNE and Others, Defendants. JEROME WILE and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of SUDIERFI REALTY CORPORATION, Respondent, against HENRY L. CONNELL, Temporary Chairman, and Others, Appellants. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MADISON-FIFTY-NINTH STREET CORPORATION, Respondent, v. SAMUEL J. FLASH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ESTELLE STERNES, Respondent, v. SAMUEL H. SCHIFF, Defendant. CHARLES H. BERNHEIM and Others, as Trustees, etc., of RACHEL SCHIFF, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ESTELLE STERNES, Judgment Creditor, Respondent, v. SAMUEL H. SCHIFF, Judgment Debtor. CHARLES H. BERNHEIM and Others, as Trustees, etc., of RACHEL SCHIFF, Deceased, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JEROME ANDERSON and ARTHUR A. BLAICHER, as Liquidators of LAURENCE COHN & COMPANY, Respondents, v. LAURENCE I. COHN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of the Assignment of WALKER & HEISLER, INC., Assignor, to FRANK H. DEKNATEL, Assignee, Appellant, for the Benefit of Creditors. CHARLES V. HOFFMAN, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LOUIS J. FRANCKE, JR., Respondent, v. FRED I. ELDRIDGE, Appellant, Impleaded with Others.— Orders reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs, without condition. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ELISE ELAINE WEISBECKER, Appellant, Respondent, v. CHARLES WEISBECKER, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Townley, J., taking no part.

ELISE ELAINE WEISBECKER, Appellant, v. CHARLES WEISBECKER, Respondent. — Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Townley, J., taking no part.